**B1 (Official Form 1)(04/13)**

| **United States Bankruptcy Court**<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tradelink Transport, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**33-0822165** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**19300 S. Alameda Street**<br>**Compton, CA**<br><div align="right">ZIP Code<br>**90221**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Tradelink Transport, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)          (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tradelink Transport, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Vanessa M. Haberbush** _____
Signature of Attorney for Debtor(s)

**Vanessa M. Haberbush 287044**
Printed Name of Attorney for Debtor(s)

**Haberbush & Associates, LLP**
Firm Name

**444 West Ocean Boulevard**
**Suite 1400**
**Long Beach, CA 90802**

Address

**(562) 435-3456  Fax: (562) 435-6335**
Telephone Number

**March 12, 2015          287044**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Rigoberto Cea** _____
Signature of Authorized Individual

**Rigoberto Cea**
Printed Name of Authorized Individual

**President CEO**
Title of Authorized Individual

**March 12, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Tradelink Transport, Inc.**                                         Case No.
                                                    Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **David Navarro□**<br>**4833 W. 17th St. #1**<br>**Los Angeles, CA 90019** | **David Navarro□**<br>**4833 W. 17th St. #1**<br>**Los Angeles, CA 90019** | **Labor Claim** | | **105,290.36** |
| **Direct ChassisLink, Inc.**<br>**PO BOX 603061**<br>**Charlotte, NC 28260-3061** | **Direct ChassisLink, Inc.**<br>**PO BOX 603061**<br>**Charlotte, NC 28260-3061** | **Vendor** | | **65,578.40** |
| **Douglas Lopez**<br>**C/O Dorinna Hirsch,**<br>**Attorney at Law**<br>**Hirsch Law Firm**<br>**3200 4th Avenue, Suite 205**<br>**San Diego, CA 92103** | **Douglas Lopez**<br>**C/O Dorinna Hirsch, Attorney at Law**<br>**Hirsch Law Firm**<br>**San Diego, CA 92103** | **Labor Claim** | | **129,324.59** |
| **Energy Product Company**<br>**1725 W. PIER D STREET**<br>**Long Beach, CA 90802** | **Energy Product Company**<br>**1725 W. PIER D STREET**<br>**Long Beach, CA 90802** | **Vendor** | | **25,000.00** |
| **Euclides Ortiz**<br>**C/O Dorinna Hirsch,**<br>**Attorney at Law**<br>**Hirsch Law Firm**<br>**3200 4th Avenue, Suite 205**<br>**San Diego, CA 92103** | **Euclides Ortiz**<br>**C/O Dorinna Hirsch, Attorney at Law**<br>**Hirsch Law Firm**<br>**San Diego, CA 92103** | **Labor Claim** | | **142,765.55** |
| **Gilbert Kelly Crowley &**<br>**Jennet**<br>**1055 W 7th St #2000**<br>**Los Angeles, CA 90017** | **Gilbert Kelly Crowley & Jennet**<br>**1055 W 7th St #2000**<br>**Los Angeles, CA 90017** | **Vendor** | | **19,464.83** |
| **Israel Batres Torres**<br>**C/O Dorinna Hirsch,**<br>**Attorney at Law**<br>**Hirsch Law Firm**<br>**3200 4th Avenue, Suite 205**<br>**San Diego, CA 92103** | **Israel Batres Torres**<br>**C/O Dorinna Hirsch, Attorney at Law**<br>**Hirsch Law Firm**<br>**San Diego, CA 92103** | **Labor Claim** | | **64,856.84** |
| **Jesus Pineda**<br>**C/O Dorinna Hirsch,**<br>**Attorney at Law**<br>**Hirsch Law Firm**<br>**3200 4th Avenue, Suite 205**<br>**San Diego, CA 92103** | **Jesus Pineda**<br>**C/O Dorinna Hirsch, Attorney at Law**<br>**Hirsch Law Firm**<br>**San Diego, CA 92103** | **Labor Claim** | | **112,286.81** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Tradelink Transport, Inc.**                                                          Case No. _____
_____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Jose A. Sanchez<br>C/o Dorinna Hirsch, Attorney at Law<br>Hirsch Law Firm<br>3200 4th Avenue, Suite 205<br>San Diego, CA 92103 | Jose A. Sanchez<br>C/o Dorinna Hirsch, Attorney at Law<br>Hirsch Law Firm<br>San Diego, CA 92103 | **Labor Claim** | | 165,762.53 |
| Jose Batres<br>C/O Dorinna Hirsch, Attorney at Law<br>Hirsch Law Firm<br>3200 4th Avenue, Suite 205<br>San Diego, CA 92103 | Jose Batres<br>C/O Dorinna Hirsch, Attorney at Law<br>Hirsch Law Firm<br>San Diego, CA 92103 | **Labor Claim** | | 154,570.16 |
| Jose Eduardo Garcia<br>C/O Dorinna Hirsch, Attorney at Law<br>Hirsch Law Firm<br>3200 4th Avenue, Suite 205<br>San Diego, CA 92103 | Jose Eduardo Garcia<br>C/O Dorinna Hirsch, Attorney at Law<br>Hirsch Law Firm<br>San Diego, CA 92103 | **Labor Claim** | | 150,173.92 |
| Jose G Aguilar<br>C/O Dorinna Hirsch, Attorney at Law<br>Hirsch Law Firm<br>3200 4th Avenue, Suite 205<br>San Diego, CA 92103 | Jose G Aguilar<br>C/O Dorinna Hirsch, Attorney at Law<br>Hirsch Law Firm<br>San Diego, CA 92103 | **Labor Claim** | | 123,551.50 |
| Julio Aleman<br>C/O Dorinna Hirsh, Attorney at Law<br>Hirsch Law Firm<br>3200 4th Avenue, Suite 205<br>San Diego, CA 92103 | Julio Aleman<br>C/O Dorinna Hirsh, Attorney at Law<br>Hirsch Law Firm<br>San Diego, CA 92103 | **Labor Claim** | | 123,301.86 |
| Miguel Manzanares<br>C/O Dorinna Hirsch, Attorney at Law<br>Hirsch Law Firm<br>3200 4th Avenue, Suite 205<br>San Diego, CA 92103 | Miguel Manzanares<br>C/O Dorinna Hirsch, Attorney at Law<br>Hirsch Law Firm<br>San Diego, CA 92103 | **Labor Claim** | | 86,934.28 |
| Noe Gutierrez<br>C/O Dorinna Hirsch, Attorney at Law<br>Hirsch Law Firm<br>3200 4th Avenue, Suite 205<br>San Diego, CA 92103 | Noe Gutierrez<br>C/O Dorinna Hirsch, Attorney at Law<br>Hirsch Law Firm<br>San Diego, CA 92103 | **Labor Claim** | | 98,449.32 |
| Norma Hartshorn<br>9841 New Castle<br>Westminster, CA 92683 | Norma Hartshorn<br>9841 New Castle<br>Westminster, CA 92683 | **WOW Buying** | | 31,907.50 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Tradelink Transport, Inc.**        Case No. _____

                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Sergio Gonzalez C/O Dorinna Hirsch, Attorney at Law Hirsch Law Firm 3200 4th Avenue, Suite 205 San Diego, CA 92103** | **Sergio Gonzalez C/O Dorinna Hirsch, Attorney at Law Hirsch Law Firm San Diego, CA 92103** | **Labor Claim** | | **171,060.13** |
| **Teletrac, Inc 15500 B Rockfield Blvd Irvine, CA 92618** | **Teletrac, Inc 15500 B Rockfield Blvd Irvine, CA 92618** | **Tracking Device** | | **71,231.94** |
| **TRAC Intermodal c/o US BANK PO BOX 952064 Saint Louis, MO 63195** | **TRAC Intermodal c/o US BANK PO BOX 952064 Saint Louis, MO 63195** | **Vendor** | | **22,714.90** |
| **Warren E&P, Inc. Land Department 100 Oceangate, Suite 950 Long Beach, CA 90802** | **Warren E&P 100 Oceangate, Suite 950 Long Beach, CA 90802** | **Rent for 1331 E. Anaheim St., Wilmington, CA 90744** | | **24,000.00** |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March 12, 2015**               Signature    **/s/ Rigoberto Cea**

                                                 **Rigoberto Cea**
                                                 **President CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Tradelink Transport, Inc.
19300 S. Alameda Street
Compton, CA 90221


Vanessa M. Haberbush
Haberbush & Associates, LLP
444 West Ocean Boulevard
Suite 1400
Long Beach, CA 90802


ABEL AQUINO
BALMORES MOLINA
701 N. Mayo Ave
Compton, CA 90221


ADAN ALEJANDRO CORTEZ
5421 S. MANHATTAN PL
Los Angeles, CA 90062


ADRIAN CORNEJO RECINOS
1212 S. Hobart Blvd Apt. 6
Los Angeles, CA 90006


AGUSTIN PONCE
1409 Brett Place Apt. 204
San Pedro, CA 90732


Alenjando Rodriguez
1438 W. Anaheim
Wilmington, CA 90744


ALEX AVILES
17412 LEADWELL STREET
Van Nuys, CA 91406

AMC Diesel Truck Repair
648 West Cowles Street
Long Beach, CA 90813


ANDRES A. VENTURA
15631 Harvest St.
Granada Hills, CA 91344


Angel M Tovar
21719 Acarus Ave.
Carson, CA 90745


ANIBAL ANTONIO LUNA
732 S. BRAMPTON AVE
Rialto, CA 92376


ANTHONY JOE MONICO
541 E 237TH ST
Carson, CA 90745


ANTONIO SANCHEZ
4044 BEECHWOOD AVE
Lynwood, CA 90262


APOLINARIO DEL CID
1606 S NORTON AVE
Los Angeles, CA 90019


Armando Santos
722 Hoefner Ave
Los Angeles, CA 90022

BALMORES MOLINA
701 N. Mayo Ave
Compton, CA 90221


Bertha Lopez
21719 Acarus Ave.
Carson, CA 90745


Bertha Santos
11089 Samoline Ave.
Downey, CA 90241


BLANCA LILIANA GUERRA
11440 NAVA STREET
Norwalk, CA 90650


BRIAN BATRES
14020 CARFAX AVE
Bellflower, CA 90706


BYRON PEREZ
1626 VIOLA PLACE
Pomona, CA 91768


CALIFORNIA CHOICE
P.O. Box 7088
Orange, CA 92863-7088


CARLOS  J. MECHADO MALDONADO
344 N. Delaware St. Apt. 2
San Mateo, CA 94401

CARLOS CRISTOBAL ROSALES
228 W. 108th St.
Los Angeles, CA 90061


CARLOS GONZALEZ
10007 STANFORD AVE.
South Gate, CA 90280


CARLOS M. MENA
18608 ARLINE AVE
Artesia, CA 90701


CARLOS RAUL HERNANDEZ
4612 E. Florence Ave Apt. 2
Bell Gardens, CA 90201


CARLOS ROSALES
2032 VIA DEL RIO
Corona, CA 92882


Carlos Sanchez
630 E. HYDE PARK BLVD.
Inglewood, CA 90302


CESAR A RUIZ
11909 Fidel Ave
Whittier, CA 90605


Cesar Calderon
8636 Ramona St
Bellflower, CA 90706

CHRISTIAN JUAREZ
811 ORANGE AVE
Long Beach, CA 90813


City Ocean International, Inc.
1350 Valley Vista Drive
Diamond Bar, CA 91765


COMPCARE SERVICES
P. O. Box 797030
Saint Louis, MO 63179-7000


CRUZ EDGARDO AGUILAR
871 Thrope
Westminster, CA 92683


Cruz Mendoza
1080 E. Market St Apt. 3
Long Beach, CA 90805


DANIEL SANDOVAL MURCIA
497 Molly Ct.
Shafter, CA 93263


David Navarro
4833 W. 17th St. #1
Los Angeles, CA 90019


David Navarro
4833 W. 17th St. #1
Los Angeles, CA 90019

David Nerio
2620 W. Bennett Street
Compton, CA 90220


DAVID SANTOS
8020 PURITAN AVE
Downey, CA 90242


DELMI RUBIA HERNANDEZ
4128 E. 52ND STREET
Anaheim, CA 92801


Deni Martinez
12204 MARBEL AVE
Downey, CA 90242


Denis J Novoa
8687 Evergreen Ave
CA 90820


Direct ChassisLink, Inc.
PO BOX 603061
Charlotte, NC 28260-3061


DOMINGO MONTANO
813 N KING AVE
Wilmington, CA 90744


Douglas Lopez
C/O Dorinna Hirsch, Attorney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103

DWAYNE PAUL TAYLOR
3021 E 69TH ST
Long Beach, CA 90805


EDD
P.O. BOX 826276
Sacramento, CA 94230-6276


EDGAR DAVID ROSALES
352 W. MISSION ROAD
Corona, CA 92882


EDGAR ROLANDO PONCIAN
18945 Sherman Way #5
Reseda, CA 91335


EDGARD ROLANDO SOLARES
3651 Platt Ave
Lynwood, CA 90262


EDGARDO RODRIGUEZ
12088 Hoyt St.
Sylmar, CA 91342


Edgewood Partners Ins Ctr
3633 Inland Empire Blvd. Suite 640
Ontario, CA 91764


EDUARDO ROMERO LOPEZ
6033 BEAR AVE
Huntington Park, CA 90255

Eduardo Velasco
3724 W. 109 Street
Inglewood, CA 90303


Edward Ramirez
6337 Long Street
Los Angeles, CA 90043


EDWIN A. MIRA
916 85th Street Apt. 3
Los Angeles, CA 90044


EDWIN CANDO
1148 N EUBANK AVE
Wilmington, CA 90744


EDWIN CORTEZ
10834 HAZEN STREET
Houston, TX 77072


EDWIN NORBERTO MENDOZA
920 Broad Ave
Wilmington, CA 90744


EFRAIN ESPINOZA
3430 ELM AVE APT 8
Long Beach, CA 90807


Eleazar Franco
1788 Plaza Del Amo # 5
Torrance, CA 90501

Elmer A Renderos
1117 W. 41ST Place
Los Angeles, CA 90037


ELMER WILFREDO ROSALES
107 E. Buckthorn Ave Apt. 3
Inglewood, CA 90301


Emodal
c/o National Registered Agents, Inc
160 Greentree Dr. Ste. 101
Dover, DE 19904


ENCARNACION MENDOZA
139 E.112th Street
Los Angeles, CA 90061


Energy Product Company
1725 W. PIER D STREET
Long Beach, CA 90802


ERIC BOTELLO
11816 FAIR FORD AVE
Norwalk, CA 90650


ERIC FLORES
11972 NEARING DR
Anaheim, CA 92804


Eric G. Jimenez
352 W Mission Rd
Corona, CA 92882

ERICK MADRIGAL
1106 LOCUST AVE APT. 209
Long Beach, CA 90813


ERICK WILLIAMS GONON
9231 ELIZABETH AVE
South Gate, CA 90280


Erik Jimenez
352 W Mission RD
Corona, CA 92882


Euclides Ortiz
C/O Dorinna Hirsch, Attorney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103


FABIAN LEMUS
941 N EMILY ST APT B
Anaheim, CA 92805


Fabricio Portillo
1761 West 3th St.
Los Angeles, CA 90018


Florencio D Gomez
724 W. Alondra Blvd
Gardena, CA 90247


FRANCISCO ERNESTO PERALTA RAMIREZ
226 N. PLACENTIA AVE APT A.
Placentia, CA 92870

FRANCISCO HERNANDEZ
2908 S. RIMPAV BLVD
Los Angeles, CA 90016


FRANCISCO JAVIER SOSA
3517 1/2 Anderson St.
Bakersfield, CA 93307


FRANCISCO MARTINEZ
2988 1/2 SAN MARINO ST
Los Angeles, CA 90006


FRANCISCO MOYA SALAZAR
1603 N WILLOW AVE
Compton, CA 90221


Freddy Larios
4339 ARLINGTON AVE
Los Angeles, CA 90008


FREDY AYALA
2535 S REDONDO BLVD APT 8
Los Angeles, CA 90016


GERARDO DELGADO
1219 1/2 WEST D STREET
Wilmington, CA 90744


Gerardo Quintanilla
1331 E. Anaheim St.
Wilmington, CA 90744

GERMAN GILBERTO MILIAN
6711 WOODMAN AVE APT. 201
Van Nuys, CA 91401


Gilbert Kelly Crowley & Jennet
1055 W 7th St #2000
Los Angeles, CA 90017


GIOVANNI M. DIAZ VERGARA
568 Calhoun St.
Corona, CA 92879


Gregorio Ramirez
C/O Dorinna Hirsch, Attoney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103


Gregorio Ramirez
307 Witmer St # 107
Los Angeles, CA 90017


Griselda Vasquez
3922 West 27th St. # 1
Los Angeles, CA 90018


HARTING AGUILAR
11324 ACACIA AVE APT D.
Inglewood, CA 90304


Hector Sandoval
916 1/2 West 85th Street
Los Angeles, CA 90044

HENRI LEOPOLDO ROSALES
981 JADESTONE LANE
Corona, CA 92882


Henry A. Lopez
709 E. 52nd Place
Los Angeles, CA 90011


Henry Napoleon Pozo
13914 Fairlock Ave
Paramount, CA 90723


HENRY ROMERO
1802 E. ARBUTUS AVE
Anaheim, CA 92805


Henzel Gonzalez
10963 Wilminton Ave # 1
Los Angeles, CA 90059


Hermes H. Lopez
709 E. 52nd Pl
Los Angeles, CA 90011


Hugo Barahona
13731 Harper Street
Westminster, CA 92683


HUGO EDWIN CABALLERO
2775 E. 58th Street Apt. B
Huntington Park, CA 90255

Hyundai America Shipping Ageny, Inc
7701 Las Colinas Ridge Suite 400
Irving, TX 75039


Iriyali Herrarte
1127 East 10th Street Apt.B
Long Beach, CA 90813


Israel Batres Torres
C/O Dorinna Hirsch, Attorney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103


JAIRO ARAUZ
734 E. 97TH STREET
Los Angeles, CA 90002


JESSE CHANTA
1452 W 37TH STREET
Los Angeles, CA 90018


Jesus Pineda
C/O Dorinna Hirsch, Attorney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103


JESUS RANGEL ROJAS
412 E. 120th Street
Los Angeles, CA 90061


JIMMY JARQUIN GUTIERREZ
15016 FREEMAN AVE
Lawndale, CA 90260

```
JOE JOAQUIN ALONZO
7809 TROOST AVE
North Hollywood, CA 91605


Jorge Castaneda
10624 Grape St
Los Angeles, CA 90002


JORGE HENRIQUEZ
425 S ALEXANDRIA ST APT 40
Los Angeles, CA 90020


Jorge Hernandez
3082 W. Coolidge Ave # 3
Anaheim, CA 92801


JORGE JOEL LOMELI
1401 E. 17th St.
Long Beach, CA 90813


JORGE LOPEZ MARTINEZ
730 N FIGUEROA ST
Santa Ana, CA 92703


Jorge Vargas
9130 Hegel St
Bellflower, CA 90706


Jose A. Sanchez
C/o Dorinna Hirsch, Attorney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103
```

JOSE ANGEL JUAREZ
1620 W. GAYLORD AVE
Los Angeles, CA 90013


Jose Batres
C/O Dorinna Hirsch, Attorney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103


JOSE CARLOS JOVEL
8108 Denbo St.
Paramount, CA 90723


JOSE E. MARTINEZ
13850 Victory Blvd Apt. 103
Van Nuys, CA 91401


Jose Eduardo Garcia
C/O Dorinna Hirsch, Attorney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103


Jose Enriquez
820 Broad Ave Apt. 7
Wilmington, CA 90744


JOSE FIDEL GOMEZ LAINEZ
6933 RIO GRANDE DR.
Mira Loma, CA 91752


Jose G Aguilar
C/O Dorinna Hirsch, Attorney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103

Jose G Aguilar
1810 N. CASTLEGATE AVE
Compton, CA 90221


Jose Jimenez
730 Mariposa Ave # 11
Los Angeles, CA 90029


JOSE LOPEZ MORENO
9316 SAN CARLOS AVE
South Gate, CA 90280


Jose Luis Rodriguez
3637 E. Elizabeth St
Compton, CA 90221


JOSE M. ROSADO
4107 60th St.
Huntington Park, CA 90255


JOSE NAVARRO
1831 S. Gaffey St Apt. 1
San Pedro, CA 90731


Jose Nieto Perez
11129 Mildred St #98
El Monte, CA 91731


Jose P. Ascencio
12204 Marbel Ave.
Downey, CA 90242

Jose P. Ascencio
19300 S. Alameda Street
Compton, CA 90221


JOSE ROBERTO LOZADA
8526 Stewart and Gray Rd
Downey, CA 90241


Jose Roberto Regalado
6132 Gardendale St
South Gate, CA 90280


Jose Vasquez
1759 W. 37th Street
Los Angeles, CA 90018


JOSE VICENTE SANTAMARIA
6715 Woodley Ave Apt. 32
Van Nuys, CA 91406


JOSUE HERRERA
4186 S. HARVARD BLVD
Los Angeles, CA 90062


JUAN BATRES
2509 S. TOWNER ST.
Santa Ana, CA 92707


JUAN JOSE FUNES
16703 S. CARESS AVE
Los Angeles, CA 90021

Juan Miguel Molina
707 N. Mayo Ave
Compton, CA 90221


Julio Aleman
C/O Dorinna Hirsh, Attorney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103


JULIO ALONZO GONZALEZ
9183 Citrus Ave
Fontana, CA 92335


JUNIOR MELGAR
11432 Leatherleaf Rd.
Fontana, CA 92337


KRISCIA RODRIGUEZ
732 S BRAMPTON AVE
Rialto, CA 92376


LEONEL RIZO
13654 LAKELAND RD
Whittier, CA 90605


LORENZO ALFREDO LAUREANO
6030 2ND AVE
Los Angeles, CA 90043


LORENZO BERNAL JR
25519 Belle Porte Ave
Harbor City, CA 90710

LUIS RODRIGO ACOSTA
9325 ARTESIA BLVD APT.13
Bellflower, CA 90706


MANUEL AVENDANO
8030 Golden Ave
South Gate, CA 90280


MARIA GARCIA ORDONEZ
1204 GARDENA BLVD APT 5
Gardena, CA 90247


MARIA ZAVALA
5606 S. Figueroa St. # 11
Los Angeles, CA 90037


MARIBEL ASCENSIO
9130 HAGEL STREET
Bellflower, CA 90706


MARLON HERNANDEZ RODRIGUEZ
3740 3rd Ave
Los Angeles, CA 90018


Marvin Dagoberto Rojas Miranda
1317 W. 60th Pl
Los Angeles, CA 90044


MIGUEL ANGEL MENENDEZ
9300 VIRGINIA AVE. C
South Gate, CA 90280

Miguel Manzanares
C/O Dorinna Hirsch, Attorney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103


MIRIAM VELASQUEZ
21309 PROSPECT AVE
Long Beach, CA 90810


MIRIAN DEL CID DIAZ
1606 S. Norton Ave
Los Angeles, CA 90019


MYNOR ARNOLDO ARMAS
318 Lemon Street Apt. # 309
Anaheim, CA 92805


NACY V. ABRIZ
1442 West 151st Street
Compton, CA 90220


NERI GIRON ESCOBAR
8112 Walnut Dr.
Los Angeles, CA 90001


NESTOR DAVID POLANCO
1141 W. 84th Pl
Los Angeles, CA 90044


Noe Gutierrez
C/O Dorinna Hirsch, Attorney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103

```
Norma Hartshorn
9841 New Castle
Westminster, CA 92683


OCTAVIO GODINA
9707 Kauffman
South Gate, CA 90280


OSCAR ARELLNAO
6811 Bonsallo Ave
Los Angeles, CA 90044


OSCAR MAIRENA
4326 1/2 Elizabeth St
Bell Gardens, CA 90201


PABLO RENATOR
13801 Paramount Blvd, 1-302
Paramount, CA 90723


PACGRAN, INC
19300 S. ALAMEDA ST
Compton, CA 90221


PEDRO MOJENO
3624 WEIK AVE
Bell Gardens, CA 90201


Ping Kang
17362 Forbes Ln
Huntington Beach, CA 92649
```

PREMIER SAFETY COMPLIANCE
P.O. BOX 382
Downey, CA 90241


REFUGIO SANCHEZ AYALA
15034 TRICIA LN
La Mirada, CA 90638


REYNA ESCOBAR HERRERA
10501 S TRURO AVE
Inglewood, CA 90304


RICARDO CHAVEZ
1114 W. 91 Street
Los Angeles, CA 90044


Rigoberto Cea
2912 Baywater Ave. #4
San Pedro, CA 90731


Rigoberto Cea
19300 S. Alameda Street
Compton, CA 90221


Robert's Liquid Disposal
14018 Carmentia Rd
Santa Fe Springs, CA 90670


Roberto Marquez
2799 N. Coolidge Ave
Los Angeles, CA 90039

Roberto Teso
1750 1/32 254th Street
Lomita, CA 90717


RODOLFO BLANCOMURILLO
1265 W 35TH STREET
Los Angeles, CA 90007


Rolando Ascencio
12204 MARBEL AVE.
Downey, CA 90242


ROLANDO BOLANOS
13208 Verdura Ave
Downey, CA 90242


RONALD JAVIER MEJIA
9530 CALIFORNIA AVE # B
South Gate, CA 90280


RONALD RUGAMA ESPINOZA
234 E. Anaheim Street
Wilmington, CA 90744


Rosa A. Ascencio
12204 Marbel Ave.
San Pedro, CA 90731


RUDY BONILLA
21929 VERNE AVE APT 2
Hawaiian Gardens, CA 90716

Rudy Martinez
133 W. 97TH STREET
Los Angeles, CA 90003


SALVADOR MURILLO GARCIA
1458 KURTZ AVE
Los Angeles, CA 90063


SAMNANG KVAY
8061 TAYLOR ST
Buena Park, CA 90621


SANTOS MONTANO
4043 1/2 Whittier Blvd
Los Angeles, CA 90023


Sara E Linares
3722 Cedar Ave.
Downey, CA 90242


SAUL ANTONIO GUILLEN
3474 W 67TH ST APT 2
Los Angeles, CA 90043


SAUL ZELAYA GUTIERREZ
317 1/2 N. DWYER PL
Anaheim, CA 92801


SERGIO ANIBAL DECL CID ALEGRIA
642 N. Huntley Dr. Apt. 5
West Hollywood, CA 90069

Sergio Gacia Aladana
4058 Trinity Street
Los Angeles, CA 90011


Sergio Gonzalez
C/O Dorinna Hirsch, Attorney at Law
Hirsch Law Firm
3200 4th Avenue, Suite 205
San Diego, CA 92103


Silvia Melara
1055 E. 52nd Street
Los Angeles, CA 90011


SKO * Brenner * American
PO Box 9320
Baldwin, NY 11510


SONIA MARILU URRUTIA
178 W. Plymouth St.
Long Beach, CA 90805


Teletrac, Inc
15500 B Rockfield Blvd
Irvine, CA 92618


TimePayment Corp.
PO Box 3069
Woburn, MA 01888-1969


TRAC Intermodal
c/o US BANK
PO BOX 952064
Saint Louis, MO 63195

UNITED PACIFIC WASTE
P.O. BOX 908
Pico Rivera, CA 90660


Verizon California
PO Box 920041
Dallas, TX 75392-0041


Vicente Ascencio
1731 East 37th Street
Los Angeles, CA 90018


VICENTE URRUTIA
178 W. Plymouth St.
Long Beach, CA 90805


VICTOR JOEL FARFAN
10931 Ryeson Ave
Downey, CA 90241


VICTOR MANUEL LOPEZ
17055 MULVANE ST
La Puente, CA 91744


VICTORIANO CRUZ CARDONA
1557 W. PARADE ST. APT A
Long Beach, CA 90810


VTFNA, Inc
7025 Albert Pick Rd, Suite 105
Greensboro, NC 27402

WALTER MURILLO
418 1/2 25TH STREET
Los Angeles, CA 90011


Walter Vasquez
601 N. Gate Ave
Los Angeles, CA 90063


Warren E&P, Inc. Land Department
100 Oceangate, Suite 950
Long Beach, CA 90802


Wilfredo Ascencio
12204 Marbel Ave
Downey, CA 90242


William Gomez
3757 S. Bentley
Los Angeles, CA 90034


Wood, Phillips Katz,
Clark & Mortimer
500 WEST MADISON ST SUITE 1130
Chicago, IL 60661


XPRESS FLEET WASH
2819 PARKWAY DR
El Monte, CA 91732


YAMILETH RODRIGUEZ GUTIERREZ
8340 ALAMEDA STREET
Downey, CA 90242

Zaida Y. Zamorano
4801 Gardenia Ave.
Long Beach, CA 90807

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Vanessa M. Haberbush**
**444 West Ocean Boulevard**
**Suite 1400**
**Long Beach, CA 90802**
**(562) 435-3456 Fax: (562) 435-6335**
California State Bar Number: **287044**

FOR COURT USE ONLY

☒ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

   **Tradelink Transport, Inc.**

                                          Debtor(s),

                                          Plaintiff(s),




                                          Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    **11**

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Rigoberto Cea**                                      , the undersigned in the above-captioned case, hereby declare
             *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☒ I am the president or other officer

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.    ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

<table>
<tr><td><strong>March 11, 2015</strong></td><td>By:</td><td><strong><em>/s/ Rigoberto Cea</em></strong></td></tr>
<tr><td>Date</td><td></td><td>Signature of Debtor, or attorney for Debtor</td></tr>
</table>

Name:    **Rigoberto Cea**

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                            **F 1007-4.CORP.OWNERSHIP.STMT**

## RESOLUTION OF THE DIRECTORS
## AUTHORIZING CHAPTER 11 BANKRUPTCY FILING
## AND RETENTION OF THE COUNSEL

On March 6, 2015, a meeting of the directors of Tradelink Transport, Inc. ("Corporation") was convened at 10:00 a.m.  All directors were present and notice of a meeting having been waived and it being determined that due to the financial circumstances of the company, it was unanimously

RESOLVED that Corporation be authorized to file a petition seeking relief under Chapter 11 of Title 11 of the *United States Code* and that Rigoberto Cea, president, be authorized to execute such documents as are necessary and appropriate to make such filing and to proceed with the Chapter 11 bankruptcy case.

IT WAS FURTHER RESOLVED that Corporation be and it is hereby authorized to employ HABERBUSH & ASSOCIATES, LLP as its counsel in the Chapter 11 bankruptcy case.

By: _____
Rigoberto Cea, President

By: _____
Jose P. Ascencio, Vice President